```
                                FILED              RECEIVED
                                ENTERED            SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                   AUG 2 3 2010

                                 CLERK US DISTRICT COURT
                                   DISTRICT OF NEVADA
                            BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         Plaintiff, )<br>  )<br>v.  )<br>  )<br>ROBERT HATMAKER, )<br>  )<br>         Defendant. ) | 3:10-CR-044-ECR (RAM) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 18, 2010, defendant ROBERT HATMAKER pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2256(8).

This Court finds defendant ROBERT HATMAKER agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ROBERT HATMAKER pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

    a.    Velocity Micro Computer, S/N: 855664;

    b.    Velocity Micro Computer, S/N: 839740;

    c.    Velocity Micro Computer, S/N: 832966;

      d.      Hitatchi Hard Drive, S/N: RG03ED9H;

      e.      Sony Desktop, S/N: 3007640;

      f.      Gateway Desktop, S/N: 84803263527;

      g.      IBM Desktop, S/N: 23MHY37;

      h.      Sony Desktop, S/N: 3001664;

      i.      Sony Desktop, S/N: 3009067;

      j.      Misc. Memory Cards and Thumb Drives;

      k.      Sony Desktop, S/N: 3005087; and

      l.      Bag Containing VHS tapes.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ROBERT HATMAKER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, United States District Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 S. Virginia St., 3rd Floor, Reno, NV 89501.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this **23** day of **August**, 2010.

*Edward C. Reed*

UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Greg Addington, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on August 20, 2010 by the below identified method of service:

CM/ECF

Mark P. Picker
Mark Picker, Esq., Ltd.
P.O. Box 3344
Reno, NV 89505
Email: mpickesq@msn.com
*Counsel for Robert Hatmaker*

/s/ GregAddington
GREG ADDINGTON
Assistant United States Attorney