**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-cr-0044-ECR-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | FOR RETURN OF PASSPORT |
| ROBERT HATMAKER, | ) | |
| Defendant. | ) | |

Defendant Hatmaker filed a Motion for Release of Passport (#31) on February 25, 2011. The Government filed a notice of non-opposition (#33) on March 1, 2011. The Court requested an opinion from the Pretrial Services Officer. She does not oppose Defendant's motion and recommends that it be granted.

Upon review of the documents submitted in this matter, the Motion for Return of Passport (#31) is **granted**.

DATED this 14th day of March 2011.

_Edward C. Reed_
EDWARD C. REED
Senior United States District Judge